**SO ORDERED.**

**SIGNED this 19 day of January, 2010.**

JANICE MILLER KARLIN
UNITED STATES BANKRUPTCY JUDGE

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **In re:**<br>**LLOYD VERNON VILES and**<br>**TAMMY CHARMAINE VILES,**<br>**Debtors.** | **Case No. 08-41203-7**<br>**Chapter 7** |
| **RICHARD A. WIELAND,**<br>**United States Trustee,**<br>**Plaintiff,**<br><br>**v.**<br><br>**LLOYD VERNON VILES and**<br>**TAMMY CHARMAINE VILES,**<br>**Defendants.** | **Adversary No. 09-7006** |

**JUDGMENT ON DECISION**

This matter is under advisement after the trial of Plaintiff United States Trustee's Complaint to Deny Discharge to both Defendants pursuant to 11 U.S.C. § 727(a)(2) and (4).[1] On January 19, 2010, the Court entered a Memorandum and Order denying the Complaint.

Based upon that Memorandum and Order, the Court hereby enters judgment in favor of

[1]Doc. 1.

Defendants, Lloyd and Tammy Viles, and against Defendant, Richard A. Wieland, as follows:

1. Finding Defendants' discharge will not be denied pursuant to 11 U.S.C. § 727(a)(2) and (4); and

2. Awarding Defendants their costs.

IT IS SO ORDERED, in accordance with Federal Rule of Bankruptcy Procedure 9021 and Federal Rule of Civil Procedure 58(a).

# # #